UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MASTERTASTE PURCHASING COMPANY
d/b/a CRYSTALS INTERNATIONAL,

     Plaintiff,

v.                                                            CASE NO: 8:05-cv-1404-T-23EAJ

FLORIDA FOOD PRODUCTS, INC.,

     Defendant.

_____/


**ORDER**

     The plaintiff's notice of voluntary dismissal with prejudice (Doc. 8) is **APPROVED**.

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED**

**WITH PREJUDICE**.  The Clerk is directed to (1) terminate any pending motion and (2)

close the case.

     ORDERED in Tampa, Florida, on November 19, 2005.


_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE


cc:    US Magistrate Judge
       Courtroom Deputy